UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re:
Hammonds, Shalana V

Case No.: 23-15296 JNP
Chapter 7
Judge: Jerrold N. Poslusny Jr.

## NOTICE OF PROPOSED ABANDONMENT

On July 24, 2023, Andrew Finberg, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk:  US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable JERROLD N. POSLUSNY JR. on August 22, 2023 at 11:00a.m. at the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ, Courtroom no.4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description | Value of Property | Liens on Property | Amount of Equity Claimed as Exempt |
|---|---|---|---|
| 40 Naylor Avenue, Penns Grove, NJ 08069-0000, Salem County | $170,000.00 | $168,119.66 | $24,188.00 |

Objections must be served on, and requests for additional information directed to:

NAME:        Andrew Finberg, Chapter 7 Trustee

ADDRESS:     525 Route 73 South, Suite 200, Marlton, NJ 08053

TELEPHONE NO:  (856) 988-9055

United States Bankruptcy Court

District of New Jersey

In re:  
Shalana V Hammonds  
    Debtor

Case No. 23-15296-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Jul 24, 2023      Form ID: pdf905      Total Noticed: 65

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shalana V Hammonds, 40 Naylor Avenue, Penns Grove, NJ 08069-1628 |
| cr | + | Pro Cap 8 FBO Firstrust Bank, Pro Capital Management III LLC, 2500 McClellan Blvd, Suite 200, Pennsauken, NJ 08109, UNITED STATES 08109-4613 |
| 519950132 | + | Atlantic City Electric Service, Corporate Offices, 5100 Harding Highway, Mays Landing, NJ 08330-2297 |
| 519950138 | + | Borough of Penns Grove, Attn: Municipal Utilities, 303 Harding Way, Penns Grove, NJ 08069-2248 |
| 519950140 | + | Borough of Penns Grove, Attn: Tax Collector, 303 Harding Way, Penns Grove, NJ 08069-2248 |
| 519950139 | + | Borough of Penns Grove, Attn: water department, 303 Harding Way, Penns Grove, NJ 08069-2248 |
| 519950180 | + | Mariner Finance, PO Box 35394, Dundalk, MD 21222-7394 |
| 519950179 | + | Mariner Finance, 3301 Boston Street, Baltimore, MD 21224-4979 |
| 519950177 | + | Mariner Finance, 1090 Amboy Avenue, Suite C4, Edison, NJ 08837-2896 |
| 519950191 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 519950190 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 519950194 | + | State of New Jersey, Division of Revenue, PO Box 262, Trenton, NJ 08602-0262 |
| 519950195 | + | Stellar finance, 1700 S Lamar #338, Austin, TX 78704-3363 |
| 519950197 | | Tsys Total Debt Management, Inc., PO Box 6700, Norcross, GA 30091-6700 |
| 519950198 | + | Web Bank, 6440 S Wasatch, Suite 300, Salt Lake City, UT 84121-3518 |
| 519950199 | + | Web bank Inc., 215 S State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2023 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2023 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519950130 | | Email/Text: bankruptcy@pepcoholdings.com | Jul 24 2023 20:21:00 | Atlantic City Electric, P0 Box 4875, Trenton, NJ 08650 |
| 519950125 | + | Email/Text: backoffice@affirm.com | Jul 24 2023 20:22:00 | Affirm Inc, Affirm Incorporated, P0 Box 720, San Francisco, CA 94104-0720 |
| 519950124 | + | Email/Text: backoffice@affirm.com | Jul 24 2023 20:22:00 | Affirm Inc, 650 California Street Fl 12, San Francisco, CA 94108-2716 |
| 519950126 | + | Email/Text: backoffice@affirm.com | Jul 24 2023 20:22:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 519950128 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Jul 24 2023 20:21:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 519950129 | ^ | MEBN | Jul 24 2023 20:13:26 | AmeriHome Mortgage, P0 Box 77404, Ewing, NJ 08628-6404 |
| 519950131 | + | Email/Text: bankruptcy@pepcoholdings.com | | |

| | | | | |
|---|---|---|---|---|
| District/off: 0312-1 | | User: admin | | Page 2 of 4 |
| Date Rcvd: Jul 24, 2023 | | Form ID: pdf905 | | Total Noticed: 65 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 24 2023 20:21:00 | Atlantic City Electric, Corporate Offices, 5100 Harding Highway, Mays Landing, NJ 08330-2297 |
| 519950133 | + | Email/Text: bk@avant.com | Jul 24 2023 20:22:00 | Avant, Attn: Bankruptcy, P0 Box 9183380, Chicago, IL 60691-3380 |
| 519950134 | + | Email/Text: bk@avant.com | Jul 24 2023 20:22:00 | Avant, 222 N. Lasalle Street, Chicago, IL 60601-1003 |
| 519950135 | + | Email/Text: bk@avant.com | Jul 24 2023 20:22:00 | Avant / Webbank, Attn: Bankruptcy, 222 N Lasalle Street Ste 1700, Chicago, IL 60601-1101 |
| 519950137 | + | Email/Text: bk@avant.com | Jul 24 2023 20:22:00 | Avant Inc, 640 N Lasalle Street, Chicago, IL 60654-3781 |
| 519950143 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2023 20:31:45 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 519950144 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2023 20:20:16 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 519950146 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2023 20:31:51 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519950157 | | Email/Text: ebnnotifications@creditacceptance.com | Jul 24 2023 20:20:00 | Credit Acceptance, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 519950141 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2023 20:20:16 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519950142 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2023 20:31:44 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 519950145 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2023 20:31:42 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 519950147 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2023 20:31:41 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519950148 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2023 20:32:04 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519950150 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2023 20:31:51 | Citibank/The Home Depot, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 519950149 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2023 20:31:40 | Citibank/The Home Depot, Centralized Bk dept, P0 Box 790034, St Louis, MO 63179-0034 |
| 519950151 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2023 20:32:02 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519950152 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 24 2023 20:21:00 | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 519950154 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 24 2023 20:21:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519950153 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 24 2023 20:21:00 | Comenity bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 519950155 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 24 2023 20:20:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 519950156 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 24 2023 20:20:00 | Credit Acceptance, P0 Box 5070, Southfield, MI 48086-5070 |
| 519950158 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 24 2023 20:20:00 | Credit Acceptance Corp., PO Box 513, Southfield, MI 48037-0513 |
| 519950159 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 24 2023 20:20:00 | Credit Acceptance Corp., 25505 W. Twelve Mile Road, Southfield, MI 48034-8316 |
| 519950160 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 24 2023 20:22:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519950162 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 24 2023 20:22:00 | Fingerhut, 14 McLeland Rd., Saint Cloud, MN 56395-1001 |
| 519950163 | | Email/Text: bnc-bluestem@quantum3group.com | Jul 24 2023 20:22:00 | Fingerhut, PO Box 5033, Sioux Falls, SD 57117 |
| 519950161 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 24 2023 20:22:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 519950165 | + | Email/Text: james.r.shear@hud.gov | Jul 24 2023 20:22:00 | HUD, 52 Corporate Circle, Albany, NY 12203-5166 |
| 519950167 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 24 2023 20:31:48 | HUD, 451 7th Street SW, Washington, DC 20410-0002 |
| 519950164 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 24 2023 20:31:48 | Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 519950172 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 24 2023 20:21:00 | IRS, 955 S Springfield Avenue, Building A, Springfield, NJ 07081 |
| 519950175 | + | Email/Text: Documentfiling@lciinc.com | Jul 24 2023 20:20:00 | Lending Club, 71 Stevenson Street Ste 300, San Francisco, CA 94105-2985 |
| 519950176 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 24 2023 20:21:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519950178 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 24 2023 20:21:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519950186 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 24 2023 20:22:00 | Navy FCU, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 519950185 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 24 2023 20:22:00 | Navy FCU, Attn: Bankruptcy, P0 Box 3000, Merrified, VA 22119-3000 |
| 519950188 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 24 2023 20:22:00 | Navy Federal Credit Union, 1 Security Plaza, Merrifield, VA 22119-0001 |
| 519950189 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 24 2023 20:22:00 | Navy Federal Credit Union, Attn: Bankruptcy, P0 Box 3000, Merrifield, VA 22119-3000 |
| 519950187 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 24 2023 20:22:00 | Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100 |
| 519950193 | ^ | MEBN | Jul 24 2023 20:14:29 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519950127 | *+ | Affirm, Inc., 650 California Street Fl 12, San Francisco, CA 94108-2716 |
| 519950136 | *+ | Avant / Webbank, Attn: Bankruptcy, 222 N Lasalle Street Ste 1700, Chicago, IL 60601-1101 |
| 519950166 | *+ | HUD, 52 Corporate Circle, Albany, NY 12203-5166 |
| 519950171 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 219236, Kansas City, MO 64121 |
| 519950173 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 9019, Holtsville, NY 11742 |
| 519950170 | *+ | IRS, PO Box 804527, Cincinnati, OH 45280-4527 |
| 519950174 | * | IRS Service Center, Holtsville, NY 00501-0002 |
| 519950168 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519950169 | *+ | Internal Revenue Service IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519950181 | *+ | Mariner Finance, 1090 Amboy Avenue, Suite C4, Edison, NJ 08837-2896 |
| 519950182 | *+ | Mariner Finance, PO Box 35394, Dundalk, MD 21222-7394 |
| 519950183 | *+ | Mariner Finance Inc., 3301 Boston Street, Baltimore, MD 21224-4979 |
| 519950184 | *+ | Mariner Finance Inc., 3301 Boston Street, Baltimore, MD 21224-4979 |
| 519950192 | * | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |

519950196        *+              Stellar finance Inc, 1700 S Lamar #338, Austin, TX 78704-3363

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Andrew Finberg
on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com  J117@ecfcbis.com;jaimie@sjbankruptcylaw.com

Andrew Finberg
trustee@sjbankruptcylaw.com  J117@ecfcbis.com;jaimie@sjbankruptcylaw.com

Denise E. Carlon
on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert B. Raymond
on behalf of Debtor Shalana V Hammonds herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Shannon Burrini
on behalf of Creditor Pro Cap 8 FBO Firstrust Bank shannonb@procapllc.onmicrosoft.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6