Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23–15296–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Shalana V Hammonds
    aka Shalana Varshay Letrice Hammonds
    40 Naylor Avenue
    Penns Grove, NJ 08069

Social Security No.:
    xxx–xx–8613

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

40 Naylor Avenue, Penns Grove, NJ 08069–0000, Salem County


Dated: August 16, 2023
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk