**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Shalana V Hammonds<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8613<br>EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 23–15296–JNP | |

# Order of Discharge                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shalana V Hammonds
aka Shalana Varshay Letrice Hammonds

9/22/23

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 23-15296-JNP

Shalana V Hammonds                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                  Page 1 of 4
Date Rcvd: Sep 22, 2023                Form ID: 318                              Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shalana V Hammonds, 40 Naylor Avenue, Penns Grove, NJ 08069-1628 |
| cr | + | Pro Cap 8 FBO Firstrust Bank, Pro Capital Management III LLC, 2500 McClellan Blvd, Suite 200, Pennsauken, NJ 08109, UNITED STATES 08109-4613 |
| 519950132 | + | Atlantic City Electric Service, Corporate Offices, 5100 Harding Highway, Mays Landing, NJ 08330-2297 |
| 519950138 | + | Borough of Penns Grove, Attn: Municipal Utilities, 303 Harding Way, Penns Grove, NJ 08069-2248 |
| 519950140 | + | Borough of Penns Grove, Attn: Tax Collector, 303 Harding Way, Penns Grove, NJ 08069-2248 |
| 519950139 | + | Borough of Penns Grove, Attn: water department, 303 Harding Way, Penns Grove, NJ 08069-2248 |
| 519950180 | + | Mariner Finance, PO Box 35394, Dundalk, MD 21222-7394 |
| 519950179 | + | Mariner Finance, 3301 Boston Street, Baltimore, MD 21224-4976 |
| 519950177 | + | Mariner Finance, 1090 Amboy Avenue, Suite C4, Edison, NJ 08837-2896 |
| 519950191 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |
| 519950190 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08646-0269 |
| 519950194 | + | State of New Jersey, Division of Revenue, PO Box 262, Trenton, NJ 08602-0262 |
| 519950195 | + | Stellar finance, 1700 S Lamar #338, Austin, TX 78704-3363 |
| 519950197 | | Tsys Total Debt Management , Inc., PO Box 6700, Norcross, GA 30091-6700 |
| 519950198 | + | Web Bank, 6440 S Wasatch, Suite 300, Salt Lake City, UT 84121-3518 |
| 519950199 | + | Web bank Inc., 215 S State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519950130 | | Email/Text: bankruptcy@pepcoholdings.com | Sep 22 2023 20:42:00 | Atlantic City Electric, P0 Box 4875, Trenton, NJ 08650 |
| 519950125 | + | Email/Text: backoffice@affirm.com | Sep 22 2023 20:43:00 | Affirm Inc, Affirm Incorporated, P0 Box 720, San Francisco, CA 94104-0720 |
| 519950124 | + | Email/Text: backoffice@affirm.com | Sep 22 2023 20:43:00 | Affirm Inc, 650 California Street Fl 12, San Francisco, CA 94108-2716 |
| 519950126 | + | Email/Text: backoffice@affirm.com | Sep 22 2023 20:43:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 519950128 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Sep 22 2023 20:42:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 519950129 | ^ | MEBN | Sep 22 2023 20:28:01 | AmeriHome Mortgage, P0 Box 77404, Ewing, NJ 08628-6404 |
| 519950131 | + | Email/Text: bankruptcy@pepcoholdings.com | | |

Case 23-15296-JNP   Doc 19   Filed 09/24/23   Entered 09/25/23 00:15:15   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2023 | Form ID: 318 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 22 2023 20:42:00 | Atlantic City Electric, Corporate Offices, 5100 Harding Highway, Mays Landing, NJ 08330-2297 |
| 519950133 | + | Email/Text: bk@avant.com | | |
| | | | Sep 22 2023 20:43:00 | Avant, Attn: Bankruptcy, P0 Box 9183380, Chicago, IL 60691-3380 |
| 519950134 | + | Email/Text: bk@avant.com | | |
| | | | Sep 22 2023 20:43:00 | Avant, 222 N. Lasalle Street, Chicago, IL 60601-1003 |
| 519950135 | + | Email/Text: bk@avant.com | | |
| | | | Sep 22 2023 20:43:00 | Avant / Webbank, Attn: Bankruptcy, 222 N Lasalle Street Ste 1700, Chicago, IL 60601-1101 |
| 519950137 | + | Email/Text: bk@avant.com | | |
| | | | Sep 22 2023 20:43:00 | Avant Inc, 640 N Lasalle Street, Chicago, IL 60654-3781 |
| 519950143 | | EDI: CAPITALONE.COM | | |
| | | | Sep 23 2023 00:16:00 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 519950144 | | EDI: CAPITALONE.COM | | |
| | | | Sep 23 2023 00:16:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 519950146 | | EDI: CAPITALONE.COM | | |
| | | | Sep 23 2023 00:16:00 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519950157 | | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Sep 22 2023 20:41:00 | Credit Acceptance, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 519950141 | + | EDI: CAPITALONE.COM | | |
| | | | Sep 23 2023 00:16:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519950142 | + | EDI: CAPITALONE.COM | | |
| | | | Sep 23 2023 00:16:00 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 519950145 | + | EDI: CAPITALONE.COM | | |
| | | | Sep 23 2023 00:16:00 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 519950147 | + | EDI: CAPITALONE.COM | | |
| | | | Sep 23 2023 00:16:00 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519950148 | + | EDI: CITICORP.COM | | |
| | | | Sep 23 2023 00:16:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519950150 | + | EDI: CITICORP.COM | | |
| | | | Sep 23 2023 00:16:00 | Citibank/The Home Depot, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 519950149 | + | EDI: CITICORP.COM | | |
| | | | Sep 23 2023 00:16:00 | Citibank/The Home Depot, Centralized Bk dept, P0 Box 790034, St Louis, MO 63179-0034 |
| 519950151 | + | EDI: CITICORP.COM | | |
| | | | Sep 23 2023 00:16:00 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519950152 | + | EDI: WFNNB.COM | | |
| | | | Sep 23 2023 00:16:00 | Comenity Bank, Attn: Bankruptcy, P0 Box 182125, Columbus, OH 43218-2125 |
| 519950154 | + | EDI: WFNNB.COM | | |
| | | | Sep 23 2023 00:16:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519950153 | + | EDI: WFNNB.COM | | |
| | | | Sep 23 2023 00:16:00 | Comenity bank, P0 Box 182789, Columbus, OH 43218-2789 |
| 519950155 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Sep 22 2023 20:41:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 519950156 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Sep 22 2023 20:41:00 | Credit Acceptance, P0 Box 5070, Southfield, MI 48086-5070 |
| 519950158 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Sep 22 2023 20:41:00 | Credit Acceptance Corp., PO Box 513, Southfield, MI 48037-0513 |
| 519950159 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Sep 22 2023 20:41:00 | Credit Acceptance Corp., 25505 W. Twelve Mile Road, Southfield, MI 48034-8316 |
| 519950160 | + | EDI: BLUESTEM | | |
| | | | Sep 23 2023 00:16:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

Case 23-15296-JNP    Doc 19    Filed 09/24/23    Entered 09/25/23 00:15:15    Desc Imaged
                               Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 22, 2023 | Form ID: 318 | Total Noticed: 65 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 519950162 | + | EDI: BLUESTEM | Sep 23 2023 00:16:00 | Fingerhut, 14 McLeland Rd., Saint Cloud, MN 56395-1001 |
| 519950163 | | EDI: BLUESTEM | Sep 23 2023 00:16:00 | Fingerhut, PO Box 5033, Sioux Falls, SD 57117 |
| 519950161 | + | EDI: BLUESTEM | Sep 23 2023 00:16:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 519950165 | + | Email/Text: james.r.shear@hud.gov | Sep 22 2023 20:43:00 | HUD, 52 Corporate Circle, Albany, NY 12203-5166 |
| 519950167 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 22 2023 20:51:43 | HUD, 451 7th Street SW, Washington, DC 20410-0002 |
| 519950164 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 22 2023 20:51:43 | Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 519950172 | | EDI: IRS.COM | Sep 23 2023 00:16:00 | IRS, 955 S Springfield Avenue, Building A, Springfield, NJ 07081 |
| 519950175 | + | EDI: LENDNGCLUB | Sep 23 2023 00:16:00 | Lending Club, 71 Stevenson Street Ste 300, San Francisco, CA 94105-2985 |
| 519950176 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 22 2023 20:41:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519950178 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 22 2023 20:41:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519950186 | + | EDI: NFCU.COM | Sep 23 2023 00:16:00 | Navy FCU, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 519950185 | + | EDI: NFCU.COM | Sep 23 2023 00:16:00 | Navy FCU, Attn: Bankruptcy, P0 Box 3000, Merrified, VA 22119-3000 |
| 519950188 | + | EDI: NFCU.COM | Sep 23 2023 00:16:00 | Navy Federal Credit Union, 1 Security Plaza, Merrifield, VA 22119-0001 |
| 519950189 | + | EDI: NFCU.COM | Sep 23 2023 00:16:00 | Navy Federal Credit Union, Attn: Bankruptcy, P0 Box 3000, Merrifield, VA 22119-3000 |
| 519950187 | + | EDI: NFCU.COM | Sep 23 2023 00:16:00 | Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100 |
| 519950193 | ^ | MEBN | Sep 22 2023 20:29:48 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519950127 | *+ | Affirm, Inc., 650 California Street Fl 12, San Francisco, CA 94108-2716 |
| 519950136 | *+ | Avant / Webbank, Attn: Bankruptcy, 222 N Lasalle Street Ste 1700, Chicago, IL 60601-1101 |
| 519950166 | *+ | HUD, 52 Corporate Circle, Albany, NY 12203-5166 |
| 519950171 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 219236, Kansas City, MO 64121 |
| 519950173 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 9019, Holtsville, NY 11742 |
| 519950170 | *+ | IRS, PO Box 804527, Cincinnati, OH 45280-4527 |
| 519950174 | * | IRS Service Center, Holtsville, NY 00501-0002 |
| 519950168 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519950169 | *+ | Internal Revenue Service IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519950181 | *+ | Mariner Finance, 1090 Amboy Avenue, Suite C4, Edison, NJ 08837-2896 |
| 519950182 | *+ | Mariner Finance, PO Box 35394, Dundalk, MD 21222-7394 |
| 519950183 | *+ | Mariner Finance Inc., 3301 Boston Street, Baltimore, MD 21224-4976 |
| 519950184 | *+ | Mariner Finance Inc., 3301 Boston Street, Baltimore, MD 21224-4976 |
| 519950192 | * | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08646-0245 |

Case 23-15296-JNP    Doc 19    Filed 09/24/23    Entered 09/25/23 00:15:15    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2023 | Form ID: 318 | Total Noticed: 65 |

519950196        *+        Stellar finance Inc, 1700 S Lamar #338, Austin, TX 78704-3363

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com  J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Finberg | trustee@sjbankruptcylaw.com  J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Shalana V Hammonds herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Shannon Burrini | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank shannonb@procapllc.onmicrosoft.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6